ClearOne Communications, Inc. v. Andrew Chiang, et al.;
Stephen M. Reams, Esq. (GA Bar #597165)
Attorney for Plaintiff ClearOne Communications, Inc.; Smith, Currie & Hancock LLP, 2700 Marquis One Tower, 245 Peachtree Center Ave., NE, Atlanta, GA 30303; Tel: 404-852-8107

Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

**FILED**
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 17 AM 10: 13

## WRIT OF EXECUTION

# United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF GEORGIA

**TO THE MARSHAL OF:** THE SOUTHERN DISTRICT OF GEORGIA

**CLERK** [signature] SO. DIST. OF GA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME:** DONALD BOWERS

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| TWO HUNDRED SEVEN THOUSAND TWO HUNDRED FIFTY | and | DOLLARS AND 40/100 ($207,250.40) |

in the United States District Court for the **SOUTHERN** District of **GEORGIA**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**DONALD BOWERS**

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. DISTRICT COURTHOUSE | SOUTHERN DISTRICT OF GEORGIA |
| **CITY** AUGUSTA, GEORGIA | **DATE** 9/17/2018 |

**Witness the Honorable** J. Randal Hall
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 9/17/2018 | Scott L. Poff |
| | (BY) DEPUTY CLERK [signature] |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |