IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
CLEARONE COMMUNICATIONS, INC. )
                              )
     Plaintiff-Appellee,      )
                              )   Case No.: MC 118-014
vs.                           )
                              )   Appeal No.: 23-10313
ANDREW CHIANG, et al.,        )
                              )
     Defendants,              )
                              )
DONALD BOWERS,                )
                              )
     Defendant-Appellant.     )
```

O R D E R

The appeal in the above-styled action having been dismissed pursuant to a joint motion to dismiss in the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this 28th day of March 2024.

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA