IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., | ) |
| Plaintiff-Appellant, | ) ) ) ) Case No. MC118-014 |
| SERGEANT BEATTIE, et al., | ) ) ) |
| Defendants, | ) ) |
| DONALD BOWERS, | ) ) |
| Defendant – Appellant | ) |

ORDER

The United States Court of Appeals for the Eleventh Circuit having dismissed the caption matter,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___18th___ day of ___September___, 2024.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA